IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01031-RPM

JENNIFER LaFOREST,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

## ORDER SETTING TRIAL DATE

Pursuant to the scheduling conference convened on October 14, 2005, it is

ORDERED that this matter is set for trial to the Court on **June 5, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: October 25, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge