IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01031-RPM

JENNIFER LaFOREST,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M.V. Wentz
 Secretary

     Pursuant to the Withdrawal of Plaintiff's Motion to Compel and for Sanction (Doc. #19), Plaintiff's Motion to Compel and for Sanctions (Doc. #17-1) is stricken from the active docket.

DATED: April 10, 2006