IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01031-RPM

JENNIFER LaFOREST,

       Plaintiff,

v.

UNITED STATES OF AMERICA,

       Defendant.

---

ORDER OF DISMISSAL

---

Pursuant to the Stipulated Dismissal (Doc. #26) filed on May 30, 2006, it is

ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorneys fees.

Dated: May 31, 2006

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge